No. 10-7921. Oscar Guerra Rodriguez, Jose Murillo, and Tommy Moreno, Petitioners v. United States.

562 U.S. 1191, 131 S. Ct. 1026, 178 L. Ed. 2d 848, 2011 U.S. LEXIS 697.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 390 Fed. Appx. 652.